IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF
FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-81277-KAM

JAMES LINTON,

    Plaintiff,

v.

PEACHTREE LAW CENTER, LLC and
RUSSELL W. RICHARDSON,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

    Respectfully submitted,
    JAMES LINTON

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## **CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Russell W. Richardson, Peachtree Law Center, LLC, 2620 South Park Rd., Suite 185, Aurora CO 80014, by depositing the same on February 16, 2012, in the U.S. Mail in an envelope with first class postage prepaid thereon.

.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com