UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81277-CIV-MARRA

JAMES LINTON,

    Plaintiff,

vs.

PEACHTREE LAW CENTER, LLC and
RUSSELL W. RICHARDSON,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 11), filed on April 5, 2012.  The Court has carefully reviewed the record herein and is otherwise fully advised in the premises.  The Court notes that on February 26, 2012, Plaintiff filed a Notice of Settlement that stated that "all caims pending have been resolved to the parties' satisfaction."  DE 9.  The Court also notes that neither of the Defendants in this matter have filed any documents with the Court.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

The Clerk of this Court shall **CLOSE** this Case.  All pending motions are **DENIED AS MOOT** with each party to bear its own costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 5th day of April, 2012.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE